**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Crandale WILLIAMS,**
**Defendant–Appellant.**

**No. 15–6780.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 10, 2015.

Decided: July 28, 2015.

Michael Crandale Williams, Appellant Pro Se. Robert J. Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Crandale Williams appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Williams,* No. 2:95–cr–00009–H–1 (E.D.N.C. Apr. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*